IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| MATTHEW WHITFIELD CLARK, Institutional ID Nos. 2443448, 710906, 760583, 1151323, 1582124 | § § § § | |
| Plaintiff, | § § | Civil Action No. 6:20-CV-00082-BU |
| v. | § § | |
| OFFICER BARKER, *et al.*, | § § | |
| Defendants. | § § | |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Matthew Whitfield Clark's Amended Complaint, and all claims alleged therein, are DISMISSED with prejudice for failure to state a claim.

ORDERED this 4th day of January 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1